IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HEGEDUS and<br>VIRGINIA E. HEGEDUS, | § <br> § <br> § | No. 21, 2018 |
| Defendants Below,<br>Appellants, | § <br> § <br> § | Court Below: Superior Court of the<br>State of Delaware |
| v. | § <br> § | C.A. No. S15L-12-053 |
| BANK OF NEW YORK MELLON, | § <br> § | |
| Plaintiff Below,<br>Appellee. | § <br> § | |

Submitted: May 11, 2018
Decided: July 10, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## **O R D E R**

The Court has considered this matter on the basis of the parties' briefs and the record on appeal and has determined that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated December 18, 2017.*

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

* *Bank of New York Mellon v. Hegedus*, 2017 WL 6451123 (Del. Super. Ct. Dec. 18, 2017).